No. 93–1987. KELLY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. v. SPRINT COMMUNICATIONS CO. ET AL.; and
No. 94–95. SPRINT COMMUNICATIONS CO. ET AL. v. KELLY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. Ct. App. D. C. Certiorari denied. JUSTICE O'CONNOR took no part in the consid-

eration or decision of these petitions.